## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Castor, Antonio

Printed:  10/14/08

Case Number:  06 B 03369
Judge:  Wedoff, Eugene R
Filed:  3/30/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  August 14, 2008
Confirmed:  July 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,398.84 |  |
| Secured: |  | 14,109.12 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,489.00 |
| Trustee Fee: |  | 938.21 |
| Other Funds: |  | 862.51 |
| Totals: | 18,398.84 | 18,398.84 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,489.00 | 2,489.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Condor Capital Corp | Secured | 18,200.00 | 8,189.91 |
| 4. | Chase Home Finance | Secured | 13,803.91 | 5,919.21 |
| 5. | Capital One | Unsecured | 873.15 | 0.00 |
| 6. | Condor Capital Corp | Unsecured | 728.70 | 0.00 |
| 7. | Check Recovery Systems | Unsecured | | No Claim Filed |
| 8. | Equiant Financial Svc | Unsecured | | No Claim Filed |
| 9. | Bp Oil/Citibank | Unsecured | | No Claim Filed |
| 10. | Kosmas Group International | Unsecured | | No Claim Filed |
| 11. | MRSI | Unsecured | | No Claim Filed |
| 12. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 13. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | Nationwide Recovery Sys | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 36,094.76 | $ 16,598.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 137.69 |
| 4.8% | 178.03 |
| 5.4% | 477.17 |
| 6.5% | 145.32 |
| | _____ |
| | $ 938.21 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Castor, Antonio

Printed:  10/14/08

Case Number:  06 B 03369

Judge:  Wedoff, Eugene R

Filed:  3/30/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

